UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK M. QUAGLIA D/B/A FULL CIRCLE GLASS,, <br><br> Plaintiff, <br><br> -against- <br><br> JOHN J. FLYNN; AMERICAN LEGION (POST 663),, <br><br> Defendants. | 22-CV-6240 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the September 15, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 15, 2022
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge